UNITED STATES DISTRICT COURT SCAN INDEX SHEET



sw

3:96-cr-00132 USA v. Cunningham

cr

3

96132

1

USA

Cunningham

crinfo.

1/19/96

JNK - Presiding Judge

FILED

JAN 19 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 96 1 32 K |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 26, U.S.C., Sec. 7206(2) Willfully Aiding and Assisting in the Preparation And Presentation of False Liquor License Application |
| DANIEL CUNNINGHAM, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

COUNT ONE

On or before October 23, 1993, within the Southern District of California, defendant DANIEL CUNNINGHAM did willfully aid and assist in the preparation of a false and fraudulent document, to wit, a liquor license application (ATF Form 5630.5), in connection with a matter arising under the internal revenue laws, in violation of Title 26, United States Code, Section 7206(2).

DATED: January 18, 1996.

ALAN D. BERSIN
United States Attorney

LARRY A. BURNS
Assistant U.S. Attorney