USDC SCAN INDEX SHEET









USA

CUNNINGHAM

MAM

3:96-CR-00132

*9*

*CRJGMCOMI.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |
|---|---|
| VS. | |
| | CRIMINAL NO. 96-0132-K |
| DANIEL CUNNINGHAM (01) | |
| | CHARLES GOLDBERG |
| | DEFENDANT'S ATTORNEY |

THE DEFENDANT

__X__ pleaded guilty to count(s) __one of the information__

Accordingly, the defendant is adjudged guilty of such count(s) which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NUMBER |
|---|---|---|
| 26 USC 7206(2) | WILLFULLY AIDING AND ASSISTING IN THE PREPARATION AND PRESENTATION OF FALSE LIQUOR LICENSE APPLICATION | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__    It is ordered that the defendant shall pay to the United States a special assessment of $ __50.00__ which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully pai

ENTERED ON 5/9/96

9

DEFENDANT: DANIEL CUNNINGHAM (01)
CASE NUMBER: 96-0132-K

# PROBATION

The defendant is hereby placed on probation for a term of <u>1 YEAR (UNSUPERVISED)</u>.
While on probation, the defendant shall not commit another federal, state or local crime and shall comply with the standard conditions that have been adopted by this Court (set forth on the following page). If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution. The defendant shall comply with the following additional conditions:

1) The defendant shall obey all laws, federal, state and local, minor traffic excepted.

2) The defendant shall pay a fine unto the United States of America through the office of the U.S. Attorney, in the amount of $20,000.00, within thirty days.

3) The defendant shall leave San Diego county within 120 days and shall not reside in San Diego county during the period of his probation.

The Court orders supervision waived.

<u>May 8, 1996</u>
IMPOSITION OF SENTENCE

HON. JUDITH N. KEEP